DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
Financial Litigation Unit
brent.whittlesey@usdoj.gov
California Bar No. 73493
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA  90012
    Telephone: (213) 894-2445
    Fax No.:   (213) 894-5900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MISC. 29866 |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER FOR |
| v. | ) | APPEARANCE OF JUDGMENT DEBTOR |
| | ) | |
| EDWARD A. ALEXANDER, | ) | |
| | ) | |
| Defendant | ) | |

    Upon reading the Application by the United States and the Declaration of Brent A. Whittlesey, and it appearing that this is a proper case for the appearance of Darlene Smith, judgment debtor herein ("Judgment Debtor");

    IT IS ORDERED that Edward A. Alexander shall appear personally before Hon. __JAMES W. McMAHON__, United States Magistrate Judge in Courtroom _580_, located at UNITED STATES COURTHOUSE, _255 E. Temple_, LOS ANGELES, CALIFORNIA 90012; on _April 5_ 2005, at _9:30 a_ .m., to furnish

1

information to aid in enforcement of a money judgment.

The Judgment Debtor Edward A. Alexander is also ordered to bring with him the documents or objects on the attached list.

DATED: 2/15/05

_____
UNITED STATES MAGISTRATE JUDGE

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING. CAL. CODE CIV. PROC. 708.110(e).

Submitted by:
DEBRA W. YANG
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff

LIST OF DOCUMENTS REQUESTED

1. Bank statements for the past 24 months from all banks, or other financial institutions, where you, or your spouse, have an account of any kind.

2. Business records for the present year and past calendar year which reflects assets, liabilities, gross receipt and expenses for any sole proprietorship, partnership or corporation in which you, or your spouse, own any interest.

3. Bank statements for the past 24 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation in which you, or your spouse, own any interest, has an account of any kind.

4. All trust agreements in which you, or your spouse, are named trustor, trustee or beneficiary.

5. All deeds, leases, contracts, and other documents representing any ownership interest you, or your spouse, have in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your real property.

6. All stocks, bonds, or other securities of any class you may own, by you separately or jointly with others, including options to purchase any securities.

7. Titles and registration certificates to all motor vehicles, aircraft and watercraft owned by you or your spouse.

8. All life insurance policies in which you are either the insured or the beneficiary.

9. All promissory notes held by you or your spouse, and all other documents evidencing any money owed to you or your spouse either now or in the future.

10. All deeds, bills of sale or other documents prepared or used in connection with any transfer of real property or personal property made by you, either by gift, sales, or otherwise within the last five years.

11. Books of deposit, passbooks or other documents setting forth all deposits or receipts made by you or for your benefit in any savings and loan accounts, certificates of deposit or checking or other bank accounts for the past three years.

12. Books of deposit, cancelled checks, bank statements, check registers and other documents setting forth all disbursements made by you from any savings accounts, savings and loan accounts, certificates of deposit or checking accounts.

13. Copies of all financial statements and loan applications submitted by you within the last five years for the purpose of obtaining credit.

14. Payroll records and records of earnings showing all earnings of and sums received by you for the past three years. Said record is to include salary, bonuses, expense account, automobile reimbursement, and other things of value received by you. Said record should detail each pay period for gross earnings and all

deductions from said gross earnings.

15. Documents concerning any income received or receivable by you from any source whatsoever other than current earnings for the past three years.

16. Records of all sums on deposit to your credit in a credit union and/or any company savings account or plan of any type or description.

17. All records and court papers concerning any lawsuits in which you are involved in any manner.

18. Your federal and state income tax returns, including W-2 Forms and supporting schedules, for the past three years.

19. All documents in the possession or under your control tending to establish your monthly expenses for the following: rent, food and household supplies, utilities, telephone, laundry and cleaning, clothing, medical, dental, insurance (life, health, accident, etc.), school, entertainment, incidentals, transportation, auto expenses, (insurance, gas, oil, repair, etc.) and installment payments, including cancelled checks showing payments of said charges, any and all bills, receipts, charge account statements and charge account receipts directly relating to said expenditures.

20. All financial statements for yourself, any member of your immediate family, or any business or partnership in which you have any ownership interest, filed or created from during the last five years.