___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

DOCKETED ON CM
JUN 30 2005
BY _____ 063

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. CV 05-1132-CBM (Mcx) |
| ) | |
| v. ) | CERTIFICATION OF CONTEMPT |
| ) | |
| EDWARD A. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

TO: CHIEF DISTRICT JUDGE CONSUELO B. MARSHALL

The Judgment Debtor Examination in this matter was originally noticed for April 5, 2005. Plaintiff filed a proof of service of the Application and Order for Appearance and Examination. The proof of service reflects that plaintiff was served by personal service on March 3, 2005. On April 5, 2005, the debtor failed to appear.

Pursuant to 28 U.S.C. Section 636(B)(iii), this matter is submitted to Chief District Judge Consuelo B. Marshall for further consideration of a possible contempt proceeding.

Dated: June 27, 2005

_____
JAMES B. McMAHON
United States Magistrate Judge